UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORI A. DUTRA,

        Plaintiff,

        v.

SAN FRANCISCO POLICE DEPARTMENT, et al.,

        Defendants.

_____/

No. C 09-1113 PJH

**ORDER REMANDING CASE**

        Defendant having failed to establish that removal was proper based on federal question jurisdiction, the court finds that this action must be REMANDED to the Superior Court of California, County of San Francisco.  The court notes, however, that plaintiff will be bound by her representation that the third cause of action for conspiracy to deprive plaintiff of civil rights is based on an underlying state law violation.

        Because the remand is for lack of subject matter jurisdiction, the court finds it unnecessary to address plaintiff's motion to remand and motion for attorney's fees.

**IT IS SO ORDERED.**

Dated: April 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge